# United States Court of Appeals
## For the Eighth Circuit

_____

No. 25-3385
_____

United States of America

*Plaintiff - Appellee*

v.

Federico Luna

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Northern District of Iowa - Cedar Rapids

_____

Submitted: June 26, 2026
Filed: July 1, 2026
[Unpublished]

_____

Before LOKEN, KELLY, and KOBES, Circuit Judges.

_____

PER CURIAM.

Federico Luna appeals after the district court[1] revoked his supervised release and sentenced him to 24 months in prison followed by 12 months of supervised

_____

[1]The Honorable C.J. Williams, Chief Judge, United States District Court Judge for the Northern District of Iowa.

release. His counsel has moved for leave to withdraw and has filed a brief challenging the substantive reasonableness of the revocation sentence.

Upon careful review, we conclude that Luna's within-Guidelines-range sentence was not unreasonable, as there is no indication the district court overlooked a relevant factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing the relevant factors. See United States v. Phillips, 785 F.3d 282, 284 (8th Cir. 2015) (reviewing substantive reasonableness of revocation sentence for abuse of discretion; on appeal, revocation sentence within Guidelines range is presumptively reasonable).

Accordingly, we grant counsel leave to withdraw, and affirm.

_____